**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01719-CV

**TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellant**

**V.**

**NORTH TEXAS HOSPITAL PHYSICIANS GROUP, P.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00717-2009**

## ORDER

The Court has before it appellant's July 11, 2013 notice of stay having been lifted and motion to reinstate and for extension of time to file reply brief. The Court **GRANTS** the motion, **REINSTATES** this case, and **ORDERS** that any reply brief be filed within twenty days of the date of this order.

/s/    ELIZABETH LANG-MIERS
       JUSTICE